UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 01 2017

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

### Request and Order to Waive Testing Fees

| | |
|---|---|
| Name of Offender: **Kirk Alan Swearingen** | Docket Number: **2:06CR00651-001** |
| Name of Sentencing Judicial Officer: | **Honorable Dale A. Kimball**<br>**Senior U.S. District Judge** |

Date of Original Sentence: **June 24, 2007**

Original Offense: **Possession of Child Pornography**

Original Sentence: **120 Months Bureau of Prisons Custody/ Life Supervised Release**

| | | | |
|---|---|---|---|
| Type of Supervision: | **Supervised Release** | Supervision Began: | **June 2, 2015** |

### PETITIONING THE COURT

☒ That the drug and/or alcohol testing fee be removed

### SUMMARY

On June 24, 2007, the Court imposed a fee to offset the costs associated with drug and/or alcohol testing. Based upon the change to the practice of the probation office for the collection of these fees, it is respectfully recommended that the drug and/or alcohol testing fee ordered in this case be removed.

I declare under penalty of perjury that the foregoing is true and correct

by Frank Davis
U.S. Probation Officer
Date: November 28, 2017

---

**THE COURT ORDERS:**

☒ That the drug and/or alcohol testing
Fee be removed
☐ No action
☐ Other

_____
Honorable Dale A. Kimball
Senior United States District Judge

Date: December 1, 2017