Case: 2:06cr651

Kirk Alan Swearingen    13912-081
MARION
US PENITENTIARY
INMATE MAIL/PARCELS
PO BOX 1000
MARION, IL 62959

RECEIVED CLERK

JAN 0 2 2018

U.S. DISTRICT COURT

---

District Court
of Utah

e Clerk
ourthouse

st Temple
y, Utah

iness



SALT LAKE CITY
UT 840
01 DEC '17
PM 4 L

Hasler
12/01/2017
US POSTAGE  $00.4

FIRST-CLASS

ZIP 841
011D11628

RTS

RETURNED TO SENDER
REASON CHECKED
ADDRESSEE UNKNOWN
ATTEMPTED
NOT KNOWN

NIXIE       631     DE 1            2212/05/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 84101190899      *1236-10922-01-39

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<3771177@utd.uscourts.gov>Subject:Activity in Case 2:06-cr-00651-DAK USA v. Swearingen Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

US District Court Electronic Case Filing System

District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 12/1/2017 at 11:50 AM MST and filed on 12/1/2017

| | |
|---|---|
| **Case Name:** | USA v. Swearingen |
| **Case Number:** | 2:06-cr-00651-DAK |
| **Filer:** | |
| **Document Number:** | 58 |

**Docket Text:**
**ORDER Granting/Approving Request to Waive Testing Fees as to Kirk Alan Swearingen. Signed by Judge Dale A. Kimball on 12/1/2017. (eat)**

**2:06-cr-00651-DAK-1 Notice has been electronically mailed to:**
Karin Fojtik     karin.fojtik@usdoj.gov, Alicia.ackerman@usdoj.gov, CaseView.ECF@usdoj.gov, glen.proctor@usdoj.gov
Frank A. Davis     frank_davis@utp.uscourts.gov
**2:06-cr-00651-DAK-1 Notice has been delivered by other means to:**
Kirk Alan Swearingen(Terminated)
13912-081
MARION
US PENITENTIARY
INMATE MAIL/PARCELS
PO BOX 1000
MARION, IL 62959
Viviana Ramirez
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101